NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                Criminal Number  08-00115 (RMU)

**Andrew Bodnar**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Ronald C. Machen, D.C. Bar 447889
_(Attorney & Bar ID Number)_

Wilmer Cutler Pickering Hale and Dorr LLP
_(Firm Name)_

1875 Pennsylvania Avenue NW
_(Street Address)_

Washington         D.C.         20006
_(City)_          _(State)_     _(Zip)_

(202) 663-6000
_(Telephone Number)_