NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  08-00115 (RMU)

Andrew Bodnar
        (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Howard M. Shapiro, D.C. Bar 454274
(Attorney & Bar ID Number)

Wilmer Cutler Pickering Hale and Dorr LLP
(Firm Name)

1875 Pennsylvania Avenue NW
(Street Address)

Washington        D.C.        20006
(City)            (State)     (Zip)

(202) 663-6000
(Telephone Number)