IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| -v.- ) | Case No.: 1:08-CR-00115 (RMU) |
| ) | |
| ANDREW BODNAR, ) | MOTION TO ADMIT |
| ) | JERROLD L. STEIGMAN |
| Defendant. ) | *PRO HAC VICE* |
| ) | |

## MOTION TO ADMIT JERROLD L. STEIGMAN *PRO HAC VICE*

Howard M. Shapiro and Ronald C. Machen hereby move the Court for admission *pro hac vice* of Jerrold L. Steigman, pursuant to Local Rule 44.1(d), and in support of this motion state:

1. Howard M. Shapiro is a member in good standing of the Bar of the District of Columbia and the Bar of this Court. Mr. Shapiro is an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006. Mr. Shapiro will remain as counsel to the Defendant throughout the course of this litigation.

2. Ronald C. Machen is a member in good standing of the Bar of the District of Columbia and the Bar of this Court. Mr. Machen is an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006. Mr. Machen will remain as counsel to the Defendant throughout the course of this litigation.

3. Jerrold L. Steigman is an attorney at the law firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, NY 10017.

4. Mr. Steigman is a member in good standing of the Bar of New York. He has never been disciplined by any bar. He has not been admitted *pro hac vice* to this Court in the previous two years.

1

5.  Pursuant to Local Rule 44.1(d), the Declaration of Jerrold L. Steigman is attached to this motion, along with a proposed order granting this motion.

WHEREFORE, Howard M. Shapiro and Ronald C. Machen respectfully request that Jerrold L. Steigman of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., 565 Fifth Avenue, New York, NY 10017, be admitted to practice before this Court for all purposes in connection with the representation of the Defendant in this proceeding.

Respectfully submitted,

*/s/ Ronald C. Machen*

Howard M. Shapiro, DC Bar 454274
Ronald C. Machen, DC Bar 447889
Wilmer Cutler Pickering Hale and
Dorr LLP
Attorney for Defendant
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone (202) 663-6000
Fax (202) 663-6363

Date: May 1, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 1, 2008, a copy of the foregoing MOTION TO ADMIT JERROLD L. STEIGMAN *PRO HAC VICE* was filed electronically with the Clerk of the Court. The electronic filing prompted automatic service of the filing to all counsel of record in this case who have obtained CM/ECF passwords.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| -v.- ) | Case No.: 1:08-CR-00115 (RMU) |
| ) | |
| ANDREW BODNAR, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF JERROLD L. STEIGMAN

I, Jerrold L. Steigman, declare pursuant to 28 U.S.C. § 1746 and Local Rule 44.1(d):

1. My full name is Jerrold Louis Steigman.

2. I practice under the following firm name/letterhead:

   Name:      Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
   Address:   565 Fifth Avenue
              New York, NY 10017
   Tel. No.:  (212) 856-9600
   Fax No.:   (212) 856-9494

3. I have been admitted to, and am a member in good standing of, the bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States District Court for the Eastern District of New York, and the United States District Court for the Southern District of New York.

4. I have not been admitted pro hac vice to this Court in the previous two years.

5. I hereby certify that I have not been disciplined by any bar.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 1st day of MAY, 2008.

_____
Jerrold L. Steigman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> -v.-           ) <br> ) <br> ANDREW BODNAR,         ) <br> ) <br> Defendant.   ) <br> _____) | Case No.: 1:08-CR-00115 (RMU) |

### ORDER ADMITTING JERROLD L. STEIGMAN *PRO HAC VICE*

The Court hereby **GRANTS** Howard M. Shapiro and Ronald C. Machen's Motion To Admit Jerrold L. Steigman *Pro Hac Vice*. It is hereby **ORDERED** that Jerrold L. Steigman is admitted *pro hac vice* in this matter as counsel for the Defendant.

Date:_____

_____
Hon. Ricardo M. Urbina
United States District Court