U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

**FILED**

MAY 5 - 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

Andrew Bodnar

Case No. 08-115 (RMU)

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __5th__ day of __MAY 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __TO BE DETERMINED__ by __FBI SA Janel McBain__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI, Washington Field Office__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI SA Janel McBain__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)