**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 5 - 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA  :
                          :
v.                        :  Criminal Action No.: 08-115 (RMU)
                          :
ANDREW BODNAR,            :
_____    :
                          :
Defendant(s).             :

## CRIMINAL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this __5__ day of __May__ 2005,

ORDERED that the parties file all:

Pretrial Motions\Notices   on or before __September 26, 2008__;

Oppositions                on or before __October 17, 2008__; and

Replies                    on or before __October 31, 2008__; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _____, at _____; and

A motions hearing           on __November 17, 2008__, at __10:00__;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.