AO 83 (Rev. DC 4/2007) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ANDREW BODAR | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   08-0115 |

**DOB:**   **February 26, 1948**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States District Court<br>333 Constitution Ave., NW<br>Washington, DC  20001 | Courtroom No.<br><br>30 Annex Building, Sixth Floor |
|---|---|---|
| Before: | | Date and Time<br>May 5, 2008, at 11:00 a.m. |

To answer a(n)

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of:

FALSE STATEMENT; TITLE 18, UNITED STATES CODE, SECTION 1001(a)(2)

NANCY M. MAYER-WHITTINGTON, Clerk

by: _____    April 24, 2008
      Signature of Issuing Officer          Date

Deputy Clerk

AO83 (Rev. DC 4/2007) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date *April 30, 2008* |

### Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *his attorney's office.*
*Elkan Abramowitz*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

**FILED**

**MAY -7 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Elkan Abramowitz, ESQ.
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, NY 10017

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _____        _____
                    Date                                        Name of United States Marshal

                                                  _____
                                                  (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure