IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08-cr-00115 RMU |
| v. ) | |
| ) | |
| ANDREW BODNAR, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION OF THE UNITED STATES
FOR A PROTECTIVE ORDER**

The United States respectfully moves this Court for an order pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure: (1) authorizing the disclosure to the defendant, of grand jury materials, including certain grand jury transcripts and documents produced to the grand jury or its agents, that must be disclosed pursuant to the Jencks Act, 18 U.S.C. § 3500, Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, and *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny; and (2) limiting the extent of disclosure of the materials produced to the defendant and the purposes for which that disclosure may be made. In support of this motion, the United States submits that:

1.  The United States expects to disclose to the defendant certain grand jury materials, including grand jury transcripts and documents produced to the grand jury or its agents, which may be relevant to the charges against the defendant;

2.  Unnecessary disclosure of grand jury transcripts and documents produced to the grand jury or its agents will frustrate the broad societal interest in grand jury secrecy; and

3.  The defendant, by and through his counsel or a duly authorized officer, does not oppose this motion.

Wherefore, for the forgoing reasons, and any others that may appear to the Court, it is

respectfully requested that the United States' motion be granted. A proposed Order granting the relief requested is attached hereto.

    DATED this 21st day of May, 2008.

        Respectfully submitted,

        _____/s/_____
        John F. Terzaken, III, D.C. Bar # 474015
        Brent Snyder
        Portia Brown
        Trial Attorneys, Antitrust Division
        U.S. Department of Justice
        450 Fifth Street, N.W., Suite 11300
        Washington, D.C. 20530
        Telephone: (202) 307-0719
        Facsimile: (202) 514-6525

        *Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2008, the foregoing UNOPPOSED MOTION OF THE UNITED STATES FOR A PROTECTIVE ORDER was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Andrew Bodnar will be notified through the Electronic Case Filing System.

/s/
Brent Snyder
Trial Attorney
U.S. Dep't of Justice, Antitrust Division
National Criminal Enforcement Section
1401 H Street, NW, Suite 3700
Washington, DC 20530
Tel.: (202) 307-0719
Fax: (202) 514-6525

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  ) | |
| ) | Criminal No. 08-cr-00115 RMU |
| **v.**  ) | |
| ) | |
| **ANDREW BODNAR,**  ) | |
| ) | |
| **Defendant.**  ) | |

**[PROPOSED] ORDER**

On the unopposed motion of the United States for an order pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure: (1) authorizing the disclosure to counsel for Andrew Bodnar ("Defendant") of grand jury materials, including certain grand jury transcripts and documents produced to the grand jury or its agents, that (a) must be disclosed pursuant to the Jencks Act, 18 U.S.C. § 3500; Rules 16 and 26.2 of the Federal Rules of Criminal Procedure; and *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, or (b) should be disclosed in the interest of justice and fairness to enable Defendant to prepare for trial; and (2) limiting the extent of disclosure of these materials and the purposes for which such disclosure may be made, and it appearing to the Court that:

1.      The United States expects to disclose to the Defendant certain grand jury materials, including grand jury transcripts and documents produced to the grand jury or its agents, which may be relevant to the charges against the Defendant; and

2.      Unnecessary disclosure of grand jury transcripts and documents produced to the grand jury or its agents will frustrate the broad societal interest in grand jury secrecy.

It is hereby ORDERED:

1.      The attorneys for the United States may disclose to counsel for the Defendant

grand jury materials that (a) must be disclosed pursuant to the Jencks Act, 18 U.S.C. § 3500, Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, and *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, or (b) should be disclosed in the interest of justice and fairness to enable Defendant to prepare for trial;

    2.     Except as permitted by Federal Rule of Criminal Procedure 6(e), this order, or other court order, counsel for any party shall not disclose any transcript or documents or the contents thereof to any other person, provided that, for the sole purpose of preparing for trial:

        a.     counsel for any party may use their knowledge of the transcripts or documents to interview prospective witnesses;

        b.     defense counsel may show transcripts and documents to the Defendant;

        c.     counsel for any party may show a prospective witness or his or her counsel documents and provide a prospective witness or his or her counsel with a transcript of his or her testimony;

        d.     counsel for any party may allow secretaries, clerical workers, paralegals and experts retained to assist in the preparation of this case for trial to view the transcripts and documents solely for the purpose of assisting counsel to prepare for the trial of this case; and

        e.     counsel for the United States may show documents and transcripts to employees of the United States solely for the purpose of preparing for the trial of this case.

    3.     Except as permitted by Federal Rule of Criminal Procedure 6(e), each witness or potential witness to whom transcripts or documents have been shown or their contents disclosed

pursuant to paragraph 2 of this order, shall not discuss with or disclose the contents thereof to anyone other than counsel for the parties or his or her counsel, who shall not be permitted to further disclose such material;

4.      Any notes or recorded notations of any kind that defense counsel, their secretaries, clerical workers, paralegals, or experts may make relating to the contents of the transcripts or documents shall not be shown to anyone except their own client, and then only for the sole purpose of the defense of this indictment, and defense counsel shall maintain the confidentiality of these materials pursuant to the terms of this order after this case is disposed of by trial, appeal, if any, or other resolution of the charges against the Defendant;

5.      All transcripts and documents disclosed pursuant to paragraphs 1 and 2 of this order and all copies thereof shall either be promptly destroyed or defense counsel shall maintain the confidentiality of these materials pursuant to the terms of this order after this case is disposed of by trial, appeal, if any, or other resolution of the charges against the Defendant;

6.      Nothing contained herein shall restrict or prevent any party from offering any materials into evidence or citing any materials in court papers filed in this case; and

7.      The parties may apply to the Court for a modification of this order at any time.


DATED this ____ day of May, 2008.


_____
THE HONORABLE RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE

Approved By:

| /s/ | /s/ |
|---|---|
| John F. Terzaken, III, D.C. Bar # 474015 | Howard S. Shapiro, D.C. Bar #454274 |
| Brent Snyder | Ronald C. Machen, D.C. Bar #447889 |
| Portia Brown | Demian S. Ahn, D.C. Bar # 491109 |
| Trial Attorneys, Antitrust Division | Wilmer Cutler Pickering Hale and Dorr LLP |
| U.S. Department of Justice | 1875 Pennsylvania Avenue NW |
| 450 Fifth Street, N.W., Suite 11300 | Washington, D.C. 20006 |
| Washington, D.C. 20530 | Telephone: (202) 393-7088 |
| Telephone: (202) 307-0719 | Facsimile: (202) 393-3499 |
| Facsimile: (202) 514-6525 | |
| | Elkan Abramowitz, *Pro Hac Vice* |
| *Counsel for the United States* | John J. Tigue, Jr., *Pro Hac Vice* |
| | Jerrold L. Steigman, *Pro Hac Vice* |
| | Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C. |
| | 565 Fifth Avenue |
| | New York, New York 10017 |
| | Telephone: (202) 856-9600 |
| | Facsimile: (212) 856-9494 |
| | |
| | *Counsel for Defendant Andrew Bodnar* |