IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,   )
)
-v.-   )   Case No.: 1:08-CR-00115 (RMU)
)
ANDREW BODNAR,   )
)
Defendant.   )
)

### ORDER ADMITTING ELKAN ABRAMOWITZ *PRO HAC VICE*

The Court hereby **GRANTS** Howard M. Shapiro and Ronald C. Machen's Motion To Admit Elkan Abramowitz *Pro Hac Vice*. It is hereby **ORDERED** that Elkan Abramowitz is admitted *pro hac vice* in this matter as counsel for the Defendant.

Date: 5/27/08

Hon. Ricardo M. Urbina
United States District Court