IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 27 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA, )
)
-v.- ) Case No.: 1:08-CR-00115 (RMU)
)
ANDREW BODNAR, )
)
        Defendant. )
)

### ORDER ADMITTING JERROLD L. STEIGMAN *PRO HAC VICE*

The Court hereby **GRANTS** Howard M. Shapiro and Ronald C. Machen's Motion To Admit Jerrold L. Steigman *Pro Hac Vice*. It is hereby **ORDERED** that Jerrold L. Steigman is admitted *pro hac vice* in this matter as counsel for the Defendant.

Date: 5/27/08

_____
Hon. Ricardo M. Urbina
United States District Court