IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAY 27 2008**

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>         -v.-                                    )<br>                                                        )<br>ANDREW BODNAR,                    )<br>                                                        )<br>                         Defendant.   )<br>_____) | Case No.: 1:08-CR-00115 (RMU) |

### ORDER ADMITTING JOHN J. TIGUE, JR. *PRO HAC VICE*

The Court hereby **GRANTS** Howard M. Shapiro and Ronald C. Machen's Motion To Admit John J. Tigue, Jr. *Pro Hac Vice*. It is hereby **ORDERED** that John J. Tigue, Jr. is admitted *pro hac vice* in this matter as counsel for the Defendant.

Date: 5/27/08

_____
Hon. Ricardo M. Urbina
United States District Court