UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Criminal No. 08-CR-00115 RMU** |
| v.    ) | |
| ) | |
| **ANDREW BODNAR,**    ) | |
| ) | |
| **Defendant.**    ) | |

## NOTICE OF ERRATA

The United States hereby gives notice of, and corrects, errors in the defense counsel signature block of the [Proposed] Order lodged with the Unopposed Motion of the United States for a Protective Order in the above-captioned matter, which was signed by the Hon. Ricardo M. Urbina on May 21, 2008.  One of the defendant's attorneys was incorrectly identified as "Howard S. Shapiro, D.C. Bar #454274" rather than "Howard M. Shapiro, D.C. Bar #454274." Additionally, Wilmer Cutler Pickering Hale and Dorr LLP's telephone and facsimile numbers were incorrect and should have been: (202) 663-6000 (telephone) and (202) 663-6363 (facsimile).  The corrected signature block for the defendant's counsel is thus:

_____/s/_____
Howard M. Shapiro, D.C. Bar #454274
Ronald C. Machen, D.C. Bar #447889
Demian S. Ahn, D.C. Bar # 491109
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C.  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Elkan Abramowitz, *Pro Hac Vice*
John J. Tigue, Jr., *Pro Hac Vice*
Jerrold L. Steigman, *Pro Hac Vice*
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
565 Fifth Avenue
New York, New York 10017
Telephone: (202) 856-9600

Facsimile: (212) 856-9494
*Counsel for Defendant Andrew Bodnar*


Dated:  May 28, 2008.

                                                  /s/
John F. Terzaken, III, D.C. Bar # 474015
Brent Snyder
Portia Brown
Trial Attorneys, Antitrust Division
U.S. Department of Justice
450 Fifth Street, N.W., Suite 11300
Washington, D.C.  20530
Telephone:  (202) 307-0719
Facsimile:   (202) 514-6525

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of May 2008, the foregoing NOTICE OF ERRATA was filed electronically and to the best of my knowledge, information and belief, counsel for defendant Andrew Bodnar will be notified through the Electronic Case Filing System.

                        /s/
                        Brent Snyder
                        Trial Attorney
                        U.S. Dep't of Justice, Antitrust Division
                        National Criminal Enforcement Section
                        1401 H Street, NW, Suite 3700
                        Washington, DC 20530
                        Tel.: (202) 616-3186
                        Fax: (202) 514-6525